UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DYBAS, WALDEMAR STANISLAW | ) | Case No. 08-10204-SPS |
| | ) | |
| Debtor(s). | ) | Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:  UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 642, CHICAGO, IL  60604

    On: **May 6, 2009**          Time:  **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $3,952.63 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $3,952.63 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | PHILIP V. MARTINO *Trustee Compensation* | $0.00 | $14.52 | $0.00 |

CENTRAL\31175207.1

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $3,937.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100.0100% plus 1.6700% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Nordstrom Fsb | $43.07 | $43.08 |
| | Dybas, Waldemar Stanislaw | $3,894.55 | $3,895.03 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee

applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **March 20, 2009**               For the Court,

                                By:  **KENNETH S. GARDNER**
                                     CLERK OF THE COURT

Trustee:    Philip V. Martino
Address:    203 North Lasalle Street
            Suite 1800
            Chicago, IL  60601
Phone No.:  (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 20, 2009
Case: 08-10204                 Form ID: pdf002              Total Served: 27
```

The following entities were served by first class mail on Mar 22, 2009.
```
db         +Waldemar Stanislaw Dybas,    7918 West Strong,    Norridge, IL 60706-3252
12290223    Allstate Fire & Casualty Insur,    PO Box 3576,    Akron OH 44309-3576
12174030   +Anna Dybas,    5029 NE River Road,    Norridge, IL 60706-2882
12174031   +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3512
12174032    Bank of America,    Nc4-105-03-14,    4161 Peidmont Pwy,    Greensboro, NC 27420
12174033   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12174034   +Chase-pier1,    Po Box 15298,    Wilmington, DE 19850-5298
12174035   +Express/WFFNB,    Po Box 3427,    Columbus, OH 43210-0427
12174037  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45263)
12174036    Fifth Third Bank,    1850 East Paris,    Mdropso5 C/O Bankruptcy Dept,    Grand Rapids, MI 49546
12174038   +Fisher & Shapiro,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
12174039   +Ford Motor Credit Corporation,    Ford Credit National Bankruptcy Center,    Po Box 537901,
             Livonia, MI 48153-7901
12174040   +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
12174043   +HSBC,    Hsbc Card Srvs Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12174044   +HSBC / Best Buy,    Po Box 15522,    Wilmington, DE 19850-5522
12174041   +Harlem Furniture,    2525 North Harlem Avenue,    Elmwood Park, IL 60707-2057
12174042   +Harris N.a.,    111 W Monroe Llw,    Chicago, IL 60603-4095
12174045   +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
12174046   +Mid America Federal S&,    1001 S Washington St,    Naperville, IL 60540-7497
12174047   +MidAmerica Bank, fsb,    C/O Patrick J. Williams,    115 W 55th St., Suite 400,
             Clarendon Hills, IL 60514-6395
12174048   +Mortgage Service Cente,    Attn: Mortgage Service Center,    Sbrp - 4001 Leadenhall Rd,
             Mt Laurel, NJ 08054-4611
12174049   +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
12290224    T Mobile,    PO Box 742596,    Cincinnati OH 45274-2596
12174052   +Wells Fargo Bank,    420 Montgomery St,    San Francisco, CA 94104-1298
```

The following entities were served by electronic transmission on Mar 20, 2009.
```
12290220   +E-mail/Text: brandy.glashin@comed.com                            ComEd Company,
             Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12174050   +E-mail/Text: bnc@nordstrom.com                            Nordstrom FSB,    Recovery Dept,
             Po Box 6566,    Englewood, CO 80155-6566
12174051   +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2009 00:11:11      Sams Club,    Ge Consumer Finance,
             Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                              **Signature:** *Joseph Speetjens*