**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-10204 |
| DYBAS, WALDEMAR STANISLAW | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  0.00 | Assets Exempt:  8,400.00 |
| Total Distributions to Claimants:  84.04 | Claims Discharged Without Payment:  241,561.68 |
| Total Expenses of Administration:  292.12 | |

3) Total gross receipts of $ 3,952.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,576.65  (see **Exhibit 2**), yielded net receipts of $ 376.16  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 292.12 | 292.12 | 292.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 241,561.68 | 43.07 | 43.07 | 84.04 |
| **TOTAL DISBURSEMENTS** | $ 243,061.68 | $ 335.19 | $ 335.19 | $ 376.16 |

    4)  This case was originally filed under chapter 7 on  04/24/2008 .  The case was pending for 14 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2009                    By: /s/PHILIP V. MARTINO
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 MERCEDES BENZ C 240, 72,000 MILES | 1129-000 | 3,950.00 |
| Post-Petition Interest Deposits | 1129-000 | 2.81 |
| **TOTAL GROSS RECEIPTS** | | **$3,952.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WALDEMAR STANISLAW DYBAS | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,576.65 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,576.65** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harlem Furniture 2525 North Harlem Avenue Elmwood Park, IL 60707 | | 1,500.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ 1,500.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 14.52 | 14.52 | 14.52 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 277.60 | 277.60 | 277.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 292.12 | $ 292.12 | $ 292.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ballys<br>8700 West Bryn Mawr<br>Chicago, IL  60631 | | 0.00 | NA | NA | 0.00 |
| Bank of America<br>Nc4-105-03-14<br>4161 Peidmont Parkway<br>Greensboro, NC  27420 | | 0.00 | NA | NA | 0.00 |
| Bank of America<br>Nc4-105-03-14<br>4161 Peidmont Parkway<br>Greensboro, NC  27420 | | 0.00 | NA | NA | 0.00 |
| Chase<br>800 Brooksedge Boulevard<br>Westerville, OH  43081 | | 0.00 | NA | NA | 0.00 |
| Chase-Pier 1<br>P.O. Box 15298<br>Wilmington, DE  19850 | | 0.00 | NA | NA | 0.00 |
| Express/WFFNB<br>P.O. Box 3427<br>Columbus, OH  43218 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank<br>1850 East Paris<br>Mdropso5, c/o Bankruptcy Department<br>Grand rapids, MI  49546 | | 0.00 | NA | NA | 0.00 |
| Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH  45263 | | 0.00 | NA | NA | 0.00 |
| Ford Motor Credit Corporation<br>Ford Credit National Bankruptcy Center<br>P.O. Box 537901<br>Livonia, MI  48153 | | 0.00 | NA | NA | 0.00 |
| GMAC<br>2740 Arthur Street<br>Roseville, MN  55113 | | 0.00 | NA | NA | 0.00 |
| HSBC<br>HSBC Card Services, Attn: Bankruptcy<br>P.O. Box 5313<br>Carol Stream, IL  60197 | | 0.00 | NA | NA | 0.00 |
| HSBC/Best Buy<br>P.O. Box 15522<br>Wilmington, DE  19850 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 6)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC/Carson<br>P.O. Box 15521<br>Wilmington, DE  19805 | | 0.00 | NA | NA | 0.00 |
| Harris NA<br>111 West Monroe Llw<br>Chicago, IL  60603 | | 18,579.00 | NA | NA | 0.00 |
| Mid America Federal S&<br>1001 South Washington Street<br>Naperville, IL  60540 | | 0.00 | NA | NA | 0.00 |
| MidAmerica Bank, FSB<br>c/o Patrick J. Williams<br>115 West 55th Street, Suite 400<br>Clarendon Hills, IL  60514 | | 222,845.68 | NA | NA | 0.00 |
| Mortgage Service Center<br>Attn:  Mortgage Service Center<br>Sbrp - 4001 Leadenhall Road<br>Mt. Laurel, NJ  08054 | | 0.00 | NA | NA | 0.00 |
| Nicor Gas<br>1844 Ferry Road<br>Naperville, IL  60507 | | 137.00 | NA | NA | 0.00 |
| Nicor Gas<br>1844 Ferry Road<br>Naperville, IL  60507 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sams Club<br>GE Consumer Finance<br>P.O. Box 103104<br>Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| Wells Fargo Bank<br>420 Montgomery Street<br>San Francisco, CA 94104 | | 0.00 | NA | NA | 0.00 |
| NORDSTROM FSB | 7100-000 | 0.00 | 43.07 | 43.07 | 43.07 |
| DYBAS, WALDEMAR STANISLAW | 7990-000 | NA | NA | NA | 40.49 |
| NORDSTROM FSB | 7990-000 | NA | NA | NA | 0.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 241,561.68 | $ 43.07 | $ 43.07 | $ 84.04 |